GRANGER & COMPANY and EMPIRE PRODUCE COMPANY, Appellants, v. HARRY L. ALLEN, as Trustee in Bankruptcy, etc., and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied.

INTERNATIONAL FASTENER COMPANY, Respondent, v. FRANCIS MANUFACTURING COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

INTERNATIONAL FASTENER COMPANY, Appellant, v. FRANCIS MANUFACTURING COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

ELSIE E. LYMAN, Respondent, v. VILLAGE OF POTSDAM, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

EMMA M. POLLARD GREER, Appellant, v. THE CITY OF ROCHESTER, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied.

JOHN F. CONNELLEY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.

RUTH L. WHITE, Respondent, v. WILLIAM J. GOFF and Another, Appellants.— Motion granted and appeal dismissed, with costs.

SPENCER KELLOGG & SONS, INC., Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Motion for reargument granted, to be heard at present term of court.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES FLAHERTY, Appellant.— Motion to dismiss appeal granted on the ground that the decision of the court and the order disallowing the demurrer is an intermediate order or proceeding and not appealable by defendant until after judgment when it may be reviewed on any appeal taken. (Code Crim. Proc. § 517; People v. Wilson, 151 N. Y. 403; People v. Canepi, 181 id. 398; People v. Markham, 114 App. Div. 387; People ex re'. Stabile v. Warden, etc., 202 N. Y. 138, 152.) All concur.

In the Matter of the Probate of the Last Will and Testament of CORA R. BYINGTON, Deceased.— Motion to dismiss appeal granted, unless appellants shall file and serve printed records on appeal and printed briefs on appeal by August first.

COLONIAL CANNING CO., INC., Respondent, v. WESLEY R. GUILE, Appellant.— Motion for stay pending appeal denied, with ten dollars costs.

In the Matter of the Probate of the Last Will and Testament of JACOB SIEGEL, Deceased.— Decree and order affirmed, with costs against the contestants. All concur.

ERIE RAILROAD COMPANY, Respondent, v. THE LEHIGH VALLEY RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur.

ALOIS STOSS, Respondent, v. ERIE COUNTY TRACTION CORPORATION, Appellant.— Judgment affirmed, with costs. All concur.

TEN EYCK O. BURLESON, Respondent, v. M. MABEL SHAW, Appellant.— Order affirmed, with costs. All concur, except Hubbs, P. J., and Davis, J., who dissent and vote for reversal and reinstatement of the verdict.

JAMES RHODA, Respondent, v. EDWIN M. JENKS, Appellant.— Judgment and order affirmed, with costs. All concur.

WARD KENDRICK and Another, Respondents, v. KEYSTONE WAREHOUSE COM-